UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, not in its individual capacity, but solely as Indenture Trustee and Paying Agent of ALPHAFLOW TRANSITIONAL MORTGAGE TRUST 2021-WL1, a Delaware statutory trust<br><br>Plaintiff<br><br>vs.<br><br>24 JACKSONVILLE, LLC, a Florida limited liability company,<br><br>Defendants<br>_____ | CASE NO.: 3:22-cv-00077-BJD-JBT |

AMENDED NOTICE OF LIS PENDENS

TO:  24 JACKSONVILLE, LLC, a Florida limited liability company, EVERARDO MATAMOROS, an individual, ABIEL BALLESTEROS, an indivdiual, TAX COLLECTOR OF DUVAL COUNTY, FLORIDA, LAND JAX LLC, a Florida limited liaiblity company, successor by assignment to JAX BG, LLC, CITY OF JACKSONVILLE, FLORIDA, RONNIE L. SALIS, SR., BANCBOSTON MORTGAGE CORPORATION, a Florida corporation, ALL UNKNOWN TENANTS IN POSSESSION, and ALL OTHER WHOM IT MAY CONCERN:

You are notified of the following:

1. The Plaintiff in this matter has instituted this action against you seeking to foreclose a mortgage with respect to the real property indentified below.

2. The Plaintiff in this action is Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Indenture Trustee and Paying Agent of AlphaFlow Transitional Mortgage Trust 2021-WL1, successor by assignment to JAFW, successor by assignment to AlphaFlow, Inc., successor by assignment to AlphaFlow WHO, LLC, successor by assignment to Firm Lending, LLC.

3. The date of institution of this action is January 21, 2022, as amended on July 7, 2022, as amended on August 19, 2022, and as amended on September 6, 2022.

4. The Property that is the subject matter of this action is located in Duval County, Florida and is described as follows:

> PROPERTY 01
> Part of Lot 12, Block 1, Sidney Brown's Subdivision, according to the plat thereof, recorded in Plat Book 19, Page(s) 34, of the Current Records of Duval County, Florida, and being more particularly described as follows:
>
> Commencing at the Southeast corner of Lot One (1), Block One (1), as shown on Map of Fayetteville, as recorded in Plat Book 29, Page 72, of the Current Public Records of Duval County, Florida, said Southeast corner being on the Northerly line of said Lot Twelve (12); thence South one (1) degree Twenty (20) minutes East, zero and eighteen hundredths (0.18) feet to the point of curve to the left, said curve being concave to the Northeast and having a radius of one hundred fifty-five and forty-four hundredths (155.44) feet; thence Southeasterly along and around said curve, an arc distance of forty-five and twenty hundredths (45.20) feet to the Point of Beginning; thence continue along and around said curve, an

arc distance of twenty-two and seven hundredths (22.07) feet; thence South sixty-three (63) degrees fifty-four (54) minutes West, ninety-two and five tenths (92.5) feet, more or less, to the waters of Moncrief Creek; thence Northerly and along said waters of Moncrief Creek, twenty-three (23.0) feet, more or less, to the intersection of said waters with a line bearing South sixty-three (63) degrees fifty-four (54) minutes West and being eighty-seven (87.0) feet, more or less, from the Point of Beginning; thence North sixty-three (63) degrees fifty-four (54) minutes East eighty-seven (87) feet, more or less, to the Point of Beginning.

Address:  1996 Erline Drive, Jacksonville, Florida 32209
Parcel ID:  087350-0000

PROPERTY 02
Lot 22, Block 15, St. Elmo, according to the map or plat thereof, as recorded in Plat Book 3, Page(s) 77, of the Public Records of Duval County, Florida.

Address:  1470 East 30th Street, Jacksonville, Florida 32206
Parcel ID:  132480-0000

PROPERTY 03
Lot 11, Block 3A, Jackson's Replat of Block 3 of Harvey's Addition to Jacksonville, according to the map or plat thereof, as recorded in Plat Book 18, Page(s) 12, of the Public Records of Duval County, Florida.

Address: 3018 Imperial Street, Jacksonville, Florida 32254
Parcel ID:  058175-0000

PROPERTY 04
West 1/2 of Lot 62, Block 8, Oakland, according to the map or plat thereof, as recorded in Plat Book Q, Page(s) 443, of the Public Records of Duval County, Florida.

Address:  645 Odessa Street, Jacksonville, Florida 32206
Parcel ID:  122204-0000

PROPERTY 05

Lot 19 together with that certain Part of Lot 20 as described as: Lot 20, Block 11, according to Plat of Lincoln Place as recorded in Plat Book 11, Page 50, of the current Public Records of Duval County, Florida and being more particularly described as follows:

Commence for a Point of Reference at the Intersection of the South Right of Way Line of 13th Street (a 60 foot Right of Way as now established) with the East Line of said Lot 20; thence South 1 degrees 01 minutes 01 seconds West along the East Line of said Lot 20, a distance of 99.02 feet to the Point of Beginning; thence continue South 1 degrees 01 minutes 01 seconds West along the East Line of said Lot 20, a distance of 2.14 feet to the Southeast Corner of said Lot 20; thence South 89 degrees 18 minutes 13 seconds West along the South Line of said Lot 20, a distance of 22.31 feet to the Southwest Corner of said Lot 20; thence North 0 degrees 52 minutes 33 seconds East along the West Line of said Lot 20, a distance of 2.55 feet; thence North 90 degrees 00 minutes 00 seconds East 37.71 feet to the Point of Beginning.

Address:  1925 West 12th Street, Jacksonville, Florida 32209
Parcel ID:  051714-0000

PROPERTY 06

Lot 7, Block 3, Terrace Park Replat, according to the map or plat thereof, as recorded in Plat Book 21, Page(s) 64, of the Public Records of Duval County, Florida.

Address:  3442 Brookhaven Drive, Jacksonville, Florida 32254
Parcel ID:  059054-0000

PROPERTY 07

The South 22 feet of the North 60 feet of Lot 1, Block 3, Sidney Browns Subdivision, according to the map or plat thereof, as recorded in Plat Book 19, Pages(s) 34, of the Public Records of Duval County, Florida.

Address: 3634 Effee Street, Jacksonville, Florida 32209
Parcel ID: 087364-0000

PROPERTY 08
Lot 20, Block 15, St. Elmo, according to the map or plat thereof, as recorded in Plat Book 3, Page(s) 77, of the Public Records of Duval County, Florida.

Address: 1464 East 30th Street, Jacksonville, Florida 32206
Parcel ID: 132478-0000

PROPERTY 09
Lot 12, Block 16, Thompson's Addition to East Springfield a Re-Plat of Dockview, according to the map or plat thereof, as recorded in Plat Book 6, Page(s) 48, of the Public Records of Duval County, Florida.

Address: 1625 East 14th Street, Jacksonville, Florida 32206
Parcel ID: 131921-0000

PROPERTY 10
Lot 15, Block 4, Long Branch Manor, according to the map or plat thereof, as recorded in Plat Book 17, Page(s) 81, of the Public Records of Duval County, Florida.

Address: 1823 East 23rd Street, Jacksonville, Florida 32206
Parcel ID: 131630-0000

PROPERTY 11
Lot 4, Block 67, The Main Street Company, according to the map or plat thereof, as recorded in Plat Book 5, Page(s) 11, of the Public Records of Duval County, Florida.

Address: 24 West 22nd Street, Jacksonville, Florida 32206
Parcel ID: 133644-0000

PROPERTY 12
Lot 3, Block 1, Curtiss & Sone's Subdivision of Lot 14, Block B of Long Branch, according to the map or plat thereof, as recorded in Plat Book 2, Page(s) 71, of the Public Records of Duval County, Florida.

Address:  1717 East 22nd Street, Jacksonville, Florida 32206
Parcel ID:  131781-0000

PROPERTY 13
Lot 11, Deason, according to the map or plat thereof, as recorded in Plat Book 16, Page(s) 8, of the Public Records of Duval County, Florida.

Address:  3234 Broadway Avenue, Jacksonville, Florida 32254
Parcel ID:  057394-0000

PROPERTY 14
Lot 5 and 6, Block 67, The Main Street Company's Subdivision of Lots 8 & 10, Block M, Longbranch, according to the Plat thereof recorded in Plat Book 5, Page 11, of the Public Records of Duval County, Florida.

Address:  38 West 22nd Street, Jacksonville, Florida 32206
Parcel ID:  133645-0000

PROPERTY 15
Lot 7, Block 67, The Main Street Company's Subdivision of Lots 8 & 10, Block M, Longbranch, according to the Plat thereof recorded in Plat Book 5, Page 11, of the Public Records of Duval County, Florida.

Address:  40 West 22nd Street, Jacksonville, Florida 32206
Parcel ID:  133646-0000

PROPERTY 16
A portion of Lot 26, of Picket's Subdivision of the Charles F. Sibbald Grant, Section 39, Township 1 South, Range 26 East, Duval County, Florida, more particularly described as follows:

A Tract of Land Bounded on the Northwest by a line parallel to a distant 510 feet Southeasterly from Southeasterly boundary of the lands conveyed to George Kelly by deed recorded in the current Public Records of Duval County, Florida in Deed Book 627, Page 129, when measured parallel to Moncrief road (Duval County road No. 9); bounded on the Northeast by the Right of Way of said Moncrief road; bounded on the Southeast by a line parallel and distance 650 feet Southeasterly from the Southeasterly boundary of said George Kelly lands, when measured parallel to said Moncrief road and bounded on the Southwest by part of the Northeasterly boundary of Lot 3, Block 23, Royal Terrace Addition No. 1, as per Plat recorded in the current Public Records of Duval County, Florida, in Plat Book 18, Page 17.

All bearings used in the foregoing described are based on grid North as established in the System of Transverse Kercator Plane Coordinates as Established for the Eastern Peninsula portion of Florida by the U.S. Coast and Geodetic survey and not on the true North.

Less and except those parts recorded in Official Records Book 222, Page 327, Official Records Book 484, Page 452 and Official Records Book 634, Page 561 and any parts lying in road Right of Way.

Address:  5824 Moncrief Road, Jacksonville, Florida 32209
Parcel ID:  026474-0000

PROPERTY 17
Lot 11, Block 10, and the South one-half of the closed alley lying Northerly thereof, of S.J. Melson Addition to Jacksonville, according to the Plat thereof, recorded in Plat Book 5, Page 41, of the current Public Records of Duval County, Florida.

Address:  3159 19th Street, Jacksonville, Florida 32254
Parcel ID:  048406-0000

PROPERTY 18
The North 45 feet of Lots 21 and 22, of Barnett's Subdivision, according to the Plat thereof, recorded in Plat Book 2, Page 79, of the Public Records of Duval County, Florida.

Address:  1520 Wilcox Street, Jacksonville, Florida 32209
Parcel ID:  053716-0000

PROPERTY 19
Lot 4, in Block "B", of Corwin's Addition to Campbell's Addition to Jacksonville, according to the Plat thereof, recorded in Plat Book 1, Page 117, of the Former Public Records of Duval County, Florida.

Address:  1117 Winthrop Street, Jacksonville, Florida 32206
Parcel ID:  114870-0000

PROPERTY 20
Lots 27 and 28, in Block 27A, of Oakwood Villa Estates, according to the Plat thereof, recorded in Plat Book 8, Page 23, 24 and 25, of the Current Public Records of Duval County, Florida.

Address:  8539 Berry Avenue, Jacksonville, Florida 32211
Parcel ID:  144536-0000

PROPERTY 21
Lot 7, Block 12, of Replat Number 2 of Royal Terrace, according to the Plat thereof, recorded in Plat Book 7, Page 19, of the Current Public Records of Duval County, Florida.

Address:  1582 West 33rd Street, Jacksonville, Florida 32209
Parcel ID:  085094-0000

Dated this 6th of September, 2022 but made effective as of the 21st day of January, 2022.

Respectfully submitted by:

*s/ Michael J. Palumbo*

MICHAEL J. PALUMBO, ESQUIRE
Admitted *Pro Hac Vice* on 02/16/22
michael@gplawllc.com
Gingo Palumbo Law Group LLC
4700 Rockside Road, Suite 440
Independence, Ohio 44131
T: (216) 503-9512
F: (888) 827-0825

ADAM B. EDGECOMBE, ESQUIRE
Florida Bar No. 0073487
aedgecombe@lippes.com
TRAVIS S. McCONNELL, ESQUIRE
Florida Bar No. 303702
tmcconnell@lippes.com
Lippes Mathias LLP
10151 Deerwood Park Boulevard
Building 300, Suite 300
Jacksonville, Florida 32256
T: (904) 660-0020
F: (904) 660-0029

*Counsel for the Plaintiff*